filing

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found in United States

☐ Petty

☐ Minor

☐ Misde-
    meanor

☒ Felony

PENALTY:
Imprisonment: 20 years
Fine:  $250,000
Supervised release: 3 years
Special assessment: $100

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (& Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form     JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Christine Y. Wong, AUSA

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── **DEFENDANT - U.S** ───

► CARMEN ANTONIO MALDONADO

DISTRICT COURT NUMBER

**CR08-483**

*FILED*

*JUL 2 3 2008*

*RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND*

*SBA*

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction   ☐ Federal   ☒ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
                           ☐ No

**DATE OF ARREST** ►

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND



FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

v.

CR08-483 SBA

CARMEN ANTONIO MALDONADO,
a/k/a Terry Maldomado,
a/k/a Tony Maldomado,
a/k/a Antonio Maldonaldo,
a/k/a Tony Maldonado,
a/k/a Carlos Alberto Panama,
a/k/a Aurelio Delgado Urbina,
a/k/a Carlos Humberto Zuniga,

DEFENDANT(S).

---

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United
States

A true bill.

_____ Foreman

Filed in open court this __23ʳᵈ__ day of
__JULY 2008__

_____
Clerk

_Wayne D. Brazil_                    Bail, $ _No process._        7/23/08

1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney



FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: **CR08-483** SBA |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States |
| CARMEN ANTONIO MALDONADO, a/k/a Terry Maldomado, a/k/a Tony Maldomado, a/k/a Antonio Maldonaldo, a/k/a Tony Maldonado, a/k/a Carlos Alberto Panama, a/k/a Aurelio Delgado Urbina, a/k/a Carlos Humberto Zuniga, | OAKLAND VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

1.      Prior to November 2, 1995, defendant CARMEN ANTONIO MALDONADO was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

2.      On or about November 2, 1995, defendant CARMEN ANTONIO MALDONALDO was removed, excluded, and deported from the United States.

INDICTMENT

3.     After November 2, 1995, defendant CARMEN ANTONIO MALDONALDO knowingly and voluntarily reentered and remained in the United States.

4.     On or about July 8, 2008, in the Northern District of California, the defendant,

CARMEN ANTONIO MALDONADO,
a/k/a Terry Maldomado,
a/k/a Tony Maldomado,
a/k/a Antonio Maldonaldo,
a/k/a Tony Maldonado,
a/k/a Carlos Alberto Panama,
a/k/a Aurelio Delgado Urbina,
a/k/a Carlos Humberto Zuniga,

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).


DATED:     July 23, 2008                          A TRUE BILL

                                                 FOREPERSON


JOSEPH P. RUSSONIELLO
United States Attorney


W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
                            AUSA C. Y. WONG


INDICTMENT                                    2