BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MALDONADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARMEN ANTONIO MALDONADO, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | No. CR-08-00483 SBA <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER <br><br> Date:  Sept. 2, 2008 <br> Time:  9:00 a.m. <br> Court: Hon. Saundra Brown Armstrong |

The above-captioned matter is set on September 2, 2008 before this Court for a status hearing, which will be defendant's first appearance before the United States District Court in this matter. The parties request that this Court continue the hearing to September 30, 2008 at 9:00 a.m. and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and September 30, 2008.

The government has produced substantial discovery to counsel for defendant. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. In particular, counsel for defendant needs to obtain 15-year-old criminal records from Georgia and to investigate whether there are any additional criminal convictions that would

Stip. Req. To Continue Hearing Date to
September 30 and to Exclude Time And
[Proposed] Order, No. CR-08-483 SBA            1

1  impact Mr. Maldonado's sentencing guidelines.  The parties believe that a continuance until
2  September 30, 2008 will allow defendant adequate time to review the necessary discovery.  The
3  parties agree the ends of justice served by granting the continuance outweigh the best interests of
4  the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that
5  the Court exclude time between the date of this stipulation and September 30, 2008 under the
6  Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §
7  3161(h)(8)(B)(iv).

8

9  DATED: September 2, 2008

10

11

12  _____/s/_____          _____/s/_____
    JOSHUA HILL                              ANGELA HANSEN
    Assistant United States Attorney         Counsel for Defendant
13  Counsel for United States

Stip. Req. To Continue Hearing Date to
September 30 and to Exclude Time And
[Proposed] Order, No. CR-08-483 SBA           2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-00483 SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE |
| v. | ) ) | HEARING DATE TO SEPTEMBER 30, 2008 AND TO EXCLUDE TIME UNDER |
| CARMEN ANTONIO MALDONADO, | ) ) | THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) | Date:  Sept. 2, 2008<br>Time:  9:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from September 2, 2008 to September 30, 2008, and that time be excluded under the Speedy Trial Act between September 2, 2008 and September 30, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to counsel for defendant. Defendant needs additional time to review the discovery that has been produced and to investigate this matter. The parties believe that a continuance until September 30, 2008 will allow defendant adequate time to review the necessary discovery. The

1  parties agree the ends of justice served by granting the continuance outweigh the best interests of
2  the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends
3  of justice served by granting the continuance outweigh the best interests of the public and
4  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §
5  3161(h)(8)(B)(iv),

6        **IT IS HEREBY ORDERED** that the status hearing in this matter is continued
7  from September 2, 2008 to September 30, 2008, and that time between September 2, 2008 and
8  September 30, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation
9  of counsel, taking into account the exercise of due diligence.

10
11  DATED:_____                    _____
                                              HON. SAUNDRA BROWN ARMSTRONG
12                                                United States District Judge

Stip. Req. To Continue Hearing Date to
September 30 and to Exclude Time And
[Proposed] Order, No. CR-08-483 SBA            4