1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00483 SBA | |
| ) | | |
| Plaintiff, ) | ORDER GRANTING STIPULATED | |
| ) | REQUEST TO CONTINUE HEARING | |
| v. ) | DATE TO SEPTEMBER 30, 2008 AND TO | |
| ) | EXCLUDE TIME UNDER THE SPEEDY | |
| CARMEN ANTONIO MALDONADO, ) | TRIAL ACT | |
| ) | | |
| Defendant. ) | Date: | Sept. 2, 2008 |
| ) | Time: | 9:00 a.m. |
| ) | Court: | Hon. Saundra Brown Armstrong |
| ) | | |

The parties jointly requested that the hearing in this matter be continued from September 2, 2008 to September 30, 2008, and that time be excluded under the Speedy Trial Act between September 2, 2008 and September 30, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence.  The government has produced substantial discovery to counsel for defendant.  Defendant needs additional time to review the discovery that has been produced and to investigate this matter.  The parties believe that a continuance until September 30, 2008 will allow defendant adequate time to review the necessary discovery.  The

Stip. Req. To Continue Hearing Date to
September 30 and to Exclude Time And
[Proposed] Order, No. CR-08-483 SBA            3

1  parties agree the ends of justice served by granting the continuance outweigh the best interests of
2  the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends
3  of justice served by granting the continuance outweigh the best interests of the public and
4  defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. §
5  3161(h)(8)(B)(iv),

6  **IT IS HEREBY ORDERED** that the status hearing in this matter is continued
7  from September 2, 2008 to September 30, 2008, and that time between September 2, 2008 and
8  September 30, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation
9  of counsel, taking into account the exercise of due diligence.

11  DATED:         9/4/08                              _____
                                                      HON. SAUNDRA BROWN ARMSTRONG
12                                                    United States District Judge