|     |     |     |
| --- | --- | --- |
| 1   |     |     |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-00483 SBA |
| --- | --- | --- |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 21, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) | |
| CARMEN ANTONIO MALDONADO, | ) ) | |
| Defendant. | ) ) ) ) | Date: Sept. 30, 2008<br>Time: 9:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the hearing in this matter be continued from September 30, 2008 to October 21, 2008, and that time be excluded under the Speedy Trial Act between September 30, 2008 and October 21, 2008 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government has produced substantial discovery to counsel for defendant. Defendant's counsel has reviewed that discovery but needs additional time to review an immigration hearing tape as soon as it is made available to the defense. Additionally, defendant's counsel needs more time to conduct an investigation as to defendant's criminal history. The parties believe that a continuance until October 21, 2008 will

1   allow the defense adequate time to review the immigration hearing tape and to finish its

2   investigation of this matter. The parties agree the ends of justice served by granting the

3   continuance outweigh the best interests of the public and defendant in a speedy trial. For these

4   stated reasons, the Court finds that the ends of justice served by granting the continuance

5   outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing

6   therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

7   **IT IS HEREBY ORDERED** that the status hearing in this matter is continued

8   from September 30, 2008 to October 21, 2008, and that time between September 30, 2008 and

9   October 21, 2008 is excluded under the Speedy Trial Act to allow for the effective preparation of

10  counsel, taking into account the exercise of due diligence.

12  DATED:9/30/08

                                             *Saundra B Armstrong*

13                                         HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge