BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MALDONADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00483 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | SENTENCING DATE TO FEBRUARY 17, |
| v. ) | 2009 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT AND ORDER |
| CARMEN ANTONIO MALDONADO, ) | |
| ) | Date:        January 27, 2009 |
| Defendant. ) | Time:       10:00 a.m. |
| _____ ) | |

The above-captioned matter is set on January 27, 2009 before this Court for change of plea and sentencing. The parties request that the Court continue the matter to February 17, 2009 at 10:00 a.m. so that the United States Probation Office can have additional time to confirm Mr. Maldonado's criminal history score. The parties further request that the Court exclude time under the Speedy Trial Act between the date of this stipulation and February 17, 2009 to allow the Court sufficient time to consider the final Pre-Sentence Investigation Report (PSR) and the parties' proposed plea agreement, which was submitted to the Court on October 21, 2008.

On October 21, 2008, Mr. Maldonado informed the Court that he intended to enter into a plea agreement with the government pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). On that same date, the parties submitted a plea agreement for the Court's consideration. In the proposed plea, the parties agreed that Mr. Maldonado should be sentenced

1  to a low-end sentence at an offense level 21 but had no agreement as to Mr. Maldonado's
2  criminal history score. The Court set the matter over for change of plea and sentencing and
3  requested that the Probation office complete a full pre-sentence investigation.
4      After the draft PSR was submitted to counsel, counsel for Mr. Maldonado informed
5  Probation Officer Insa Bel'Ochi that Mr. Maldonado denied committing one of the out-of-state
6  offenses attributed to him in the criminal history section of the draft report. This offense
7  increased Mr. Maldonado's anticipated criminal history score and category and, if assigned to
8  him in error, the parties agree that it should be removed from the report. For this reason, Mr.
9  Maldonado requested that Probation verify the conviction with the booking photograph,
10 fingerprints or other identification information associated with the arrest and conviction. Officer
11 Bel'Ochi agreed to obtain the requested documentation but informed the parties that she will
12 need additional time to obtain the necessary out-of-state records.
13     The parties and Officer Bel'Ochi prefer to resolve Mr. Maldonado's criminal history
14 score before the final PSR is disclosed to the Court on January 13, 2009. The parties anticipated
15 seeking a two-week continuance, however Officer Bel'Ochi is unavailable on February 10, 2009.
16 For this reason, the parties stipulate and agree that a three-week continuance is appropriate and
17 request that the Court set this matter over to February 17, 2009 for change of plea and
18 sentencing.
19     The parties further stipulate and agree that the time from the date of this stipulation to
20 February 17, 2009, should be excluded in accordance with the provisions of the Speedy Trial
21 Act, 18 U.S.C. § 3161(h)(1)(I), to allow the Court the time necessary to consider the final PSR
22 / / /
23 / / /
24 / / /
25 and the proposed plea agreement to be entered into by the defendant and the attorney for the
26 government, which was submitted to the Court on October 21, 2008.

Stip. Req. To Continue Sentencing Date and to
Exclude Time, No. CR-08-483 SBA    2

1  DATED: January 12, 2009

2

3

4  _____/S/_____     _____/S_____
   JOSHUA HILL                                ANGELA M. HANSEN
   Assistant United States Attorney           Counsel for Defendant

5

6      I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given Probation's need to obtain out-of-state records to verify defendant's criminal history score before a final Pre-Sentence Investigation Report (PSR) is submitted to the Court, and

2. Given the Court's need to consider the final PSR before it can accept the parties proposed Rule 11(c)(1)(C) plea agreement,

Based on these findings, IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3161(h)(1)(I), the time between the date of this stipulation and February 17, 2009 is excluded under the Speedy Trial Act to allow for the Court to consider the final PSR and the proposed plea agreement to be entered into by the defendant and the attorney for the government.

IT IS FURTHER ORDERED that the change of plea and sentencing date of January 27, 2009, scheduled at 10:00, before the Honorable Saundra Brown Armstrong, is vacated and reset for February 17, 2009, at 10:00 a.m.

DATED: January 13, 2009

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge